```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
STEPHEN JOSEPH FANTOZZI,                                         :
                                                                 :
                                       Plaintiff,                :       1:21-cv-4439-GHW
                                                                 :
                         -v -                                    :           ORDER
                                                                 :
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                                       Defendants.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

GREGORY H. WOODS, United States District Judge:

As stated on the record at the conference held on April 13, 2022, the Court understands that Defendant's motion to compel, Dkt. No. 18, has been withdrawn. In addition, for the reasons stated on the record, Defendant's request for leave to file a motion to dismiss, Dkt. No. 24, is granted. The deadline for Defendant to file and serve its motion to dismiss is May 18, 2022. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition. Finally, Defendant's request to stay discovery pending resolution of Defendant's motion to dismiss is granted. The initial pretrial conference scheduled for April 20, 2022 is adjourned *sine die*.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge