USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
 :
STEPHEN JOSEPH FANTOZZI, :
 :
                              Plaintiff, :        1:21-cv-4439-GHW
 :
        -v - :        ORDER
 :
CITY OF NEW YORK, :
 :
                             Defendant. :
 :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As stated during the November 21, 2022 conference, the deadline for Defendant to file and serve its motion to dismiss Plaintiff's amended complaint is December 29, 2022. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of defendant's opposition.

     Additionally, for the reasons discussed during the November 21, 2022 conference, Defendant's application to stay discovery pending resolution of the motion to dismiss is granted. Discovery in this case is hereby stayed until the motion to dismiss is resolved.

     SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                                    _____
                                                         GREGORY H. WOODS
                                                      United States District Judge