**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHEN JOSEPH FANTOZZI,

                Plaintiff,

  -against-                                   21 **CIVIL** 4439 (GHW)

                                                   **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 11, 2023, Defendants motion to dismiss is GRANTED WITH PREJUDICE. Accordingly, the case is closed.

**Dated:**  New York, New York

    July 11, 2023

                                                       **RUBY J. KRAJICK**

                                                              Clerk of Court

                               **BY:**

                                                             **Deputy Clerk**